UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHELSEY LUCAS** | : | **CIVIL ACTION** |
| | : | **NUMBER: 23-712** |
| **VERSUS** | | |
| | : | |
| **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, GRAMBLING STATE UNIVERSITY AT GRAMBLING** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT**, through undersigned counsel, come Defendants Board of Supervisors for the University of Louisiana System and Grambling State University at Grambling [hereinafter referred to as "Defendants"] who respectfully petition this Honorable Court for removal of this action pursuant to 28 U.S.C. §§1331, 1343 and 1443 as follows:

1.

On June 30, 2023, the Plaintiff filed a Petition for Damages (for Employment Retaliation) in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, under the caption "Chelsey Lucas v. Board of Supervisors for the University of Louisiana System, Grambling State University at Grambling Civil Action Number 734006 Div. 27." The copy of the Petition for Damages is attached hereto.

2.

Citations were issued to and served on President Dr. Jim Henderson on behalf of the Board

1

of Supervisors for the University of Louisiana System, the Louisiana Attorney General, and the Division of Administration, Office of Risk Management [ORM] as follows:

a. Dr. Jim Henderson- Citation issued to the Defendant on July 10, 2023; served on July 14, 2023.

b. ORM- Citation issued July 10, 2023; served on July 13, 2023.

c. Attorney General- Citation issued July 10, 2023; served on July 13, 2023.

3.

This Notice of Removal is timely under the provisions of 28 U.S.C. §1446(b), as it is filed within 30 days of receipt of notice of the filing of this suit. The Defendants received notice of filing of this lawsuit at various times, with the latest service occurring on July 14, 2023.

4.

Plaintiff filed suit against Defendants pursuant to, *inter alia*, Title VII of Civil Rights Acts of 1964 alleging retaliation and emotional distress.

5.

Because Plaintiff based a cause of action upon alleged violations of federal law, this Honorable Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. §§1331 and 1343. The defendants respectfully request removal of plaintiff's suit to this Court pursuant to 28 U.S.C. §1443.

6.

This Court is the proper venue for this matter, because Louisiana State System is located in Baton Rouge, Louisiana, which is in the Middle District of Louisiana.

7.

A copy of this Notice of Removal has been served on the Plaintiff, through his attorney of record, and an additional copy filed with the Clerk of Court of the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, where this case originated.

8.

The undersigned attorney personally checked the electronic docket of the 19th Judicial District Court for the Parish of East Baton Rouge. A copy of the docket, as of August 9, 2023.

9.

The following documents from the 19th Judicial District Court record are attached hereto:

1. Original Petition for Damages;

2. Citation to Attorney General;

3. Citation to Dr. Jim Henderson on Behalf of Grambling Board of Supervisors;

4. Citation to Division of Administration State of Louisiana

**WHEREFORE**, Defendants Board of Supervisors for the University of Louisiana System and Grambling State University at Grambling, pray that the action, now pending against it in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, Civil Action Number 734006, be removed to the United States District Court for the Middle District of Louisiana.

Respectfully Submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

BY:   */s/Alex B. Hayes*
Alex B. Hayes (36149)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section

1885 North Third Street, Fourth Floor<br>
Post Office Box 94005 (70804-9005)<br>
Baton Rouge, Louisiana 70802<br>
Telephone: 225-326-6300<br>
Facsimile: 225-326-6495<br>
E-mail: HayesA@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th August 2023, the above entitled pleading was filed electronically with the Clerk of Court by using CM/ECF system. Notice of this filing will be sent to all parties via email.

*/s/Alex B. Hayes*
Alex B. Hayes (36149)
Assistant Attorney General