UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHELSEY LUCAS                                                      CRIMINAL ACTION

VERSUS

BOARD OF SUPERVISORS OF THE            NO. 23-00712-BAJ-EWD
UNIVERSITY OF LOUISIANA
SYSTEM, ET AL.

## ORDER

To allow the Parties in this case to continue with efforts to resolve all discovery-related issues before the Magistrate Judge,

**IT IS ORDERED** that the Status Conference currently scheduled for January 8, 2025, at 10:00 A.M. be and is hereby **CONTINUED WITHOUT DATE**. A status conference will be scheduled following the conclusion of the video conference before the Magistrate Judge.

Baton Rouge, Louisiana, this 6th day of January, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA