## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHELSEY LUCAS** | **CIVIL ACTION NO.: 3:23-cv-00712** |
| **VERSUS** | **JUDGE: BRIAN A. JACKSON** |
| **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL.** | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

## JOINT STIPULATION OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff Chelsey Lucas ("Plaintiff") and Defendant, THE BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM ("Defendant") (collectively, "the Parties), who, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Doc. 74, file this Joint Stipulation of Dismissal. The Parties are to bear their own attorney's fees and costs. This dismissal is with prejudice.

**WHEREFORE,** the Parties hereby ask that this Court dismiss the above captioned proceeding with prejudice.

Dated: July 3, 2025

*/s/ Christine S. Keenan*
**CHRISTINE S. KEENAN**
Louisiana State Bar Number 23293
**ELIZABETH BAILLY BLOCH**
Louisiana State Bar Number 37591
**MOLLY J. GUNNELS**
Louisiana State Bar Number 38249
THE KULLMAN FIRM, APLC
4605 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
Email: CSK@kullmanlaw.com
       EBB@kullmanlaw.com
       MJG@kullmanlaw.com

**DECUIR, CLARK & ADAMS, L.L.P.**
Brandon DeCuir (No. 28014)
Monica Gant Moton (No. 27222)
Corey L. Pierce (No. 24601)
Assistant Attorney General
732 North Boulevard
Baton Rouge, Louisiana 70802
Telephone: (225) 346-8716
Facsimile: (225) 336-1950
Email: brandon@decuirlaw.com
       mmouton@decuirlaw.com
       cpierce@decuirlaw.com

**Designated email address for Service Only**:
service@decuirlaw.com

**Counsel for Defendant, Board of Supervisors of the University of Louisiana System**

Respectfully submitted,

*/s/ Jill L. Craft*
**JILL L. CRAFT, T.A.**
Louisiana State Bar Number 20922
**W. BRETT CONRAD, JR.**
Louisiana State Bar Number 37629
Jill Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 663-2612
Facsimile: (225) 663-2613
Email: jcraft@craftlaw.net
       bconrad@craftlaw.net

**Counsel for Plaintiff**