UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHELSEY LUCAS                                                CIVIL ACTION

VERSUS

BOARD OF SUPERVISORS FOR THE                 NO. 23-00712-BAJ-EWD
UNIVERSITY OF LOUISIANA SYSTEM,
ET AL.

### JUDGMENT

Considering the **Joint Stipulation Of Dismissal (Doc. 76)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 15th day of July, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA